UNITED STATES DISTRICT COURT

Northern District of California

CRAIG YATES,                      No. C 10-2015 MEJ

       Plaintiff,                  **ORDER RE: STATUS**

  v.

CAFÉ GRATITUDE LLC, et al.,

       Defendants.

_____/

     As this case has had no docket activity in the past 9 months, the Court ORDERS the parties to file a status report by January 10, 2012.

     **IT IS SO ORDERED.**

Dated: December 20, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California