UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CRAIG YATES,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CAFÉ GRATITUDE LLC, a California limited liability Company; and ROBERT A. IMHOFF,<br><br>　　　　　Defendants.<br>_____/ | No. C 10-2015 MEJ<br><br>**ORDER FOR PLAINTIFF TO FILE DISMISSAL OR STATUS REPORT** |

On January 30, 2012, Plaintiff Craig Yates filed a status report, stating that the parties had reached an equitable agreement, but the monetary issues still needed to be resolved. Dkt. No. 15. Plaintiff stated that the parties continued working to settle this matter and that he would file aN ADR Need for Mediation by February 15, 2012, if parties were unable to reach a settlement agreement. *Id.* As no further reports have been provided, the Court ORDERS Plaintiff to file a dismissal or status report by May 3, 2012.

**IT IS SO ORDERED.**

Dated: April 17, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge