THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:    415/444-5800
Facsimile:      415/444-5805

Attorney for Plaintiff CRAIG YATES, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual;<br><br>   Plaintiff,<br><br>v.<br><br>CAFÉ GRATITUDE LLC, a California limited liability Company; and ROBERT A. IMHOFF,<br><br>   Defendant. | **CASE NO. CV-10-2015-MEJ**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

///

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become  and hereby is dismissed with prejudice  pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated:  May 1, 2012                             THOMAS E. FRANKOVICH
                                                *A PROFESSIONAL LAW CORPORATION*


                                                By:  /s/ Thomas E. Frankovich
                                                         Thomas E. Frankovich
                                                Attorney for CRAIG YATES, an individual


Dated: May 1, 2012                              Law Office of  Jason G. Gong
                                                *A Professional Corporation*


                                                By:    /s/ Jason G. Gong
                                                         Jason G. Gong
                                                Attorney for Defendants CAFÉ GRATITUDE LLC,
                                                a California limited liability Company; and
                                                ROBERT A. IMHOFF


**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:  __ May 2 _____, 2012

                                                _____
                                                Honorable Magistrate Judge Maria-Elena James
                                                UNITED STATES DISTRICT JUDGE