1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:     415/444-5800
4  Facsimile:     415/444-5805

5  Attorney for Plaintiff CRAIG YATES, an individual

6

7                   UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10 CRAIG YATES, an individual;            )   **CASE NO. CV-10-2015-MEJ**
                                          )
11       Plaintiff,                       )
                                          )
12                                        )   **STIPULATION OF DISMISSAL AND**
   v.                                     )   **[PROPOSED] ORDER THEREON**
13                                        )
                                          )
14 CAFÉ GRATITUDE LLC, a California       )
   limited liability Company; and         )
15 ROBERT A. IMHOFF                       )
                                          )
16 ,                                      )
                                          )
17       Defendant.                       )
   _____)

18

19       The parties, by and through their respective counsel, stipulate to dismissal of this action in

20 its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  Outside of the terms of the

21 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

22 costs and attorneys' fees.  The parties further consent to and request that the Court retain

23 jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S.

24 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement

25 agreements).

26 ///

27 ///

28 ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CV-10-2015-MEJ

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated:  May 1, 2012                    THOMAS E. FRANKOVICH
                                       *A PROFESSIONAL LAW CORPORATION*


                                       By:  /s/ Thomas E. Frankovich
                                              Thomas E. Frankovich
                                       Attorney for CRAIG YATES, an individual


Dated: May 1, 2012                     Law Office of Jason G. Gong
                                       *A Professional Corporation*


                                       By:   /s/ Jason G. Gong
                                              Jason G. Gong
                                       Attorney for Defendants CAFÉ GRATITUDE LLC,
                                       a California limited liability Company; and
                                       ROBERT A. IMHOFF


## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.


Dated:  __May 2____, 2012

                                       _____
                                       Honorable Magistrate Judge Maria-Elena James
                                       UNITED STATE DISTRICT JUDGE